Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

**MAY 1 2 2025**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

Bluefield Division

Terrill Goods Sr.

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

United States of America

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-CV-00313
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MR. Terrill Goods SR. |
| Street Address | F.C.I. McDowell |
| City and County | Welch, WV. / McDowell County |
| State and Zip Code | W. Virginia 24801 |
| Telephone Number | — |
| E-mail Address | — |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name AUSA - Andrew Spievack

Job or Title *(if known)* Attorney for the Govt.

Street Address W. Vine St. 260 Suite 300

City and County Lexington / Fayette

State and Zip Code Kentucky / 40507

Telephone Number —

E-mail Address *(if known)* —

Defendant No. 2

Name AUSA - Elaine Leonard

Job or Title *(if known)* Attorney for the Govt.

Street Address W. Vine St. 260 Suite 300

City and County Lexington / Fayette

State and Zip Code Kentucky / 40507

Telephone Number —

E-mail Address *(if known)* —

Defendant No. 3

Name James A. Daley

Job or Title *(if known)* Jailer / Fed. Lawyer

Street Address

City and County Newport / Campbell

State and Zip Code Kentucky / 41018 ?

Telephone Number —

E-mail Address *(if known)* —

Defendant No. 4

Name Combined Public Communications

Job or Title *(if known)* Phone service provider for county Jail

Street Address —

City and County Ft. Thomas ? / Campbell

State and Zip Code Ky.

Telephone Number —

E-mail Address *(if known)* —

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Defendants along with "others" conspired/or are conspiring to violate rights protected by the Fed./U.S. Const. Amendments 4th 5th 8th and 14 are applicable. These acts also coincide with 28 U.S.C. § 1346 (b) and 28 U.S.C. §§ 2671-2680

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

In the intrest of justice and to alleviate pain and suffering along with permanant mental Anguish. Also the damage amount will deter future nefarious behavior.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The 2 AUSA's (Spierack and Leonard) violated rights protected by 4th and 5th Amendment between 1/27/22 and 5/24/23.

2. James A. Daley conspired with them. Daley also violated 8th by putting me on suicide watch after 5/24/23 court date. On Aug. of 2022 Daley caused me to contract C-19.

3. Combined Public Comm. facilitated the violations of the 2 AUSA's.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. 28 U.S.C. §1346(b) and 28 U.S.C. §§ 2671-2680 states the Govt. may be held liable for the negligent or wrongful acts or omissions of its employce. while acting within the scope of their employment. I feel because of the conspiritors aggregious behavior I'm entitled to actual and punitive damages of 75 million dollars. James A. Daley used "High Risk" suicide orders to retaliate after he discovered future litigation would be sought on 5/24/23. Combined Public Comm. has allowed violations of 4th and 5th amend to be disregarded and an order/investigation should deter future behavior. I request a Probono lawyer to help with trial/Discov.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The following names need to be subpoenaed for trial: Eric Ecker, Roy G. Ford, Debra Hunt, Ryan Orme, Judges McKeague, Murphy, and Bloomkatz and last but not least Dawn Reeves. Also on 5/24/23 Judge Bunning, James A. Daley and A U.S. Marshal (Name Unknown) placed me on "High Risk" suicide watch after Final Sent. Hearing for no reason !!!

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     4/9/25

Signature of Plaintiff    _____

Printed Name of Plaintiff    Terrill Goods Sr.

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____