**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 25-65-DLB**

**TERRILL GOODS, SR.**                                                          **PLAINTIFF**


**v.**                                          **JUDGMENT**


**UNITED STATES OF AMERICA, ET AL.**                              **DEFENDANTS**

*** *** *** ***

Consistent with the Dismissal Order entered this date, and pursuant to Rule 58 of

the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1.  Plaintiff Terrill Goods, Sr.'s complaint (Doc. # 4) is **DISMISSED;**

2.  This action is **STRICKEN** from the docket; and

3.  This is a **FINAL and APPEALABLE** Order, and no just cause for delay exists.

This 4th day of June 2025.



Signed By:

*David L. Bunning*     DB

**Chief United States District Judge**