United States District Court
Eastern District of Kentucky
Northern Division
At Covington

Eastern District of Kentucky
FILED

JUN 16 2025

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

Civil Action No. 23-65-DLB

TERRill Goods Sr.

V.

United States of America, Et AL.

Motion for Notice of
Appeal of F.T.C.A. 28 U.S.C. 1346(b),
2671-80

I TERRill Goods Sr. submit the aforesaid motion Pro-Se. The civil complaint was filed in the 4th Cir. Southern District of West Virginia in accordance with Venue establishment 28 U.S.C. § 1391 (e)(C). Hon. David Bunning has for some reason cont. to try and deny/delay litigation. All allegations asserted are not spurious but indeed factual. I'm also appealing denial of counsel. In respects to revealing all of the damning evidence in order to aide in the U.S. attempt to apply the "spoilation of evidence" tactic will not happen. But the real reason for denial is plain as day. Bunning you are the head of the operation ... since 1/27/22 until now you've conspired with other named "civil conspirators." F.T.C.A. is the perfect tool to remedy constitutional violations. Especially the 6th Amend. violation of my rights. I'd like to amend my original complaint to add that particular Amend. in the future. Recently I was given "evidence" of your direct involvement.

Banning, AUSA, Jamie A. Daley, and Combined Comm. are all complicit in respects to the aforesaid notions. Counsel will aide in a prompt "Summerized judgement" being all the discovery has been concluded. Due Process has also commenced in respects to Exaushtion of administrative Remedys." Certtfication can be proved to decide, this manditory requirement. To prevent a miscarriage of justice and in the intrest of justice I humbly expect the court to grant this motion. (F) fee for transcripts furnished shall be paid by the U.S. under Criminal Justice Act (18 U.S.C. 3006A)

Truthfully,
Terrill Goods Sn.

#83747509
6/4/25